UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HECTOR RUBEN McGURK,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN T. JUSINO, et al.,<br><br>Defendants. | Case No. 5:22-cv-00529-SB-JDE<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Complaint (Dkt. 1) filed by Hector Ruben McGurk ("Plaintiff"); Plaintiff's First Amended Complaint (Dkt. 22, "FAC"); the Order re FAC issued by the assigned magistrate judge (Dkt. 39), Plaintiff's operative Second Amended Complaint (Dkt. 40, "SAC"); the Report and Recommendation issued by the assigned magistrate judge (Dkt. 42, "Report"); and Plaintiff's Objection to the Report (Dkt. 42).

The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

/ / /

1         Therefore, IT IS HEREBY ORDERED that Judgment shall be entered
2 dismissing this action with prejudice.

4 Dated: December 14, 2022       
5                                      STANLEY BLUMENFELD, JR.
6                                      United States District Judge