JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

HECTOR RUBEN McGURK,

    Plaintiff,

v.

WARDEN T. JUSINO, et al.,

    Defendants.

Case No. 5:22-cv-00529-SB-JDE

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: December 14, 2022

_____
STANLEY BLUMENFELD, JR.
United States District Judge